UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES EDWARD BOYD, | 2:17-cv-00119-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING** |
| | **COMPLAINT** |
| SPOKANE FIRE DEPARTMENT, | |
| Defendant. | |

Plaintiff initiated this *pro se* civil rights action while incarcerated at the Spokane County Jail. By Order filed June 19, 2017, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 8. Mail sent to Plaintiff at the Spokane County Jail was returned as undeliverable on June 23, 2017. ECF No. 9. Plaintiff has not kept the Court apprised of his current address and he has not complied with the Court's directives.

The Court has attempted, but has been unable, to locate a current address for Plaintiff. Plaintiff has not amended the complaint as directed and he has not prosecuted this action further.

//

//

//

//

//

**ORDER DISMISSING COMPLAINT -- 1**

1    Accordingly, **IT IS HEREBY ORDERED**:

2    1. Plaintiff's Complaint, ECF No. 7, is **DISMISSED WITHOUT**

3 **PREJUDICE** for failure to notify the Clerk of the Court regarding his change of

4 address.

5    **IT IS SO ORDERED.** The Clerk is directed to enter this Order, forward a

6 copy to the Plaintiff at his last known address, and close the file. The Court

7 certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not

8 be taken in good faith and would lack any arguable basis in law or fact.

9    **DATED** this 27th day of September 2017.

10

11

12

13    

14

15                             Stanley A. Bastian
                              United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING COMPLAINT --** 2